JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAVID PHOENIX,

      Plaintiff

vs.

CANVAS, INC., a California Corporation; DAVID JORDAN, an individual, d/b/a Format; and ALEX F. NESMITH, an individual,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 09-9134 PA (PLAx)

**JUDGMENT & PERMANENT INJUNCTION**

1

In accordance with this Court's September 13, 2010 Order granting the Motion for Default Judgment filed by plaintiff David Phoenix ("Plaintiff") against defendant Alex Nesmith ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.      Defendant shall pay Plaintiff statutory damages in the amount of $35,000.

2.      Defendant shall pay Plaintiff interest on the principal amount of the judgment, from the date of entry of the judgment until the date the judgment is paid in full, at a statutory rate pursuant to 28 U.S.C. § 1961(a).

3.      Defendants shall pay Plaintiff attorney's fees in the amount of $2,700.

4.      Plaintiff shall recover its costs of suit in the amount of $350.

5.      Defendant and all of his respective agents, servants, employees, officers, and representatives, promoters and all other persons acting in concert or participation with each of them, shall be and hereby are forever restrained and enjoined from the following:

(a)     Directly or indirectly infringing in any manner upon Plaintiff's copyright interest in the sound recording "I'm Gonna Make You Sweat," copyright number SR00003700686 (the "Song");

(b)     Representing or warranting that Defendant owns any copyright interest in the Song; and

(c)     seeking, collecting or accepting any royalty payments from any source attributable to the Song.

Dated: September 13, 2010      _____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JUDGMENT & PERMANENT INJUNCTION**